In the Matter of DEVONTAY M., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DEVON M., Appellant, et al., Respondent.

In the Matter of DEVONTAYA M., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DEVON M., Appellant, et al., Respondent.

Submitted December 8, 2008; decided January 15, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.